No. 5382. JONES *v.* PROCUNIER, CORRECTIONS DIRECTOR. C. A. 9th Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.

NOVEMBER 6, 1970

No. 729. HODGSON *v.* MINNESOTA. Appeal from Sup. Ct. Minn. Application for stay presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, denied.

NOVEMBER 9, 1970

No. 254. PARISH SCHOOL BOARD OF PARISH OF ST. CHARLES ET AL. *v.* STEWART ET AL. Affirmed on appeal from D. C. E. D. La., *City of Phoenix* v. *Kolodziejski,* 399 U. S. 204. MR. JUSTICE HARLAN is of the opinion that probable jurisdiction should be noted and case set for oral argument.

No. 540. BOWER, STATE HOSPITAL SUPERINTENDENT *v.* VAUGHAN ET AL. Affirmed on appeal from D. C. Ariz. Motion of appellees for leave to proceed *in forma pauperis* granted. MR. JUSTICE BLACK, MR. JUSTICE HARLAN, and MR. JUSTICE WHITE are of the opinion that probable jurisdiction should be noted and case set for oral argument.

No. 679. FRIEDMAN *v.* O'ROURKE ET AL. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question. [For earlier order herein, see *ante,* p. 816.]